**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**MYDIEN THI CO,**

      **Plaintiff,**

**v.**                                                                            **Civil Action No. 4:25-cv-05401**
                                                                                 **Judge Alfred H. Bennett**
**EQUIFAX INFORMATION SERVICES, LLC,**        **Magistrate Judge Christina A.**
**Bryan**

      **Defendant.**

<u>**NOTICE OF CHANGE OF ADDRESS**</u>

PLEASE TAKE NOTICE that effective immediately, the address of record for attorney Heather Hersh and FCRA Attorneys PLLC has changed in the above-captioned matter. All future correspondence, filings, and service of process should be directed at the new address listed below.

**Former Address:**

FCRA Attorneys PLLC

5301 Alpha Rd, Suite 80-5

Dallas, Texas 75240

**New Address (Effective Immediately):**

FCRA Attorneys PLLC

7700 Preston Rd, Suite 703

Frisco, Texas 75034

Page **1** of **2**

Please update your records accordingly and ensure that all future service and correspondence in this matter is directed at the new address.

Dated: June 22, 2026.

Respectfully submitted,

*/s/ Heather Hersh*
Heather Hersh
TX Bar No. 24025426
FCRA Attorneys PLLC
7700 Preston Rd, Suite 703
Frisco, Texas 75034
Tel: (214) 945-0000
Fax: (469) 669-0786
heather@fcraattorneys.com
*Lead Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Heather Hersh*
Heather Hersh